1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. Case No. 2:22-mc-00088 |
| Applicant, | **ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ISSUED** |
| vs. | |
| BRIAN LAM, NINESQUARE CAPTIAL PARTNERS, LLC, AND NINESQUARE INVESTMENT, LP, | |
| Respondents. | |

The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Application for Order Compelling Compliance with Administrative Subpoenas against Respondents Brian Lam, NineSquare Capital Partners, LLC, and NineSquare Investment, LP, the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that the SEC's Application for an Order to Show Cause Why an Order Compelling Compliance with Administrative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on _____ JUNE 13, 2022, at  1:30 p.m, or as soon thereafter as the parties can be heard, each of the Respondents shall appear before the Honorable  OTIS D. WRIGHT, II , United States District Judge, in Courtroom   5D  , located at  350 WEST 1ST STREET ,  LOS ANGELES, CA  to show cause, if there be any, why an Order Compelling Compliance with Investigative Subpoenas should not be granted in accordance with the Application filed by the SEC herein.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of an Order Compelling Compliance shall be filed by the Respondents with this Court and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th Floor, Los Angeles, California 90071, such that they arrive no later than 5:00 p.m. (PST), on _____ MAY 17, 2022.

IT IS FURTHER ORDERED that any reply papers in support of the issuance of an Order Compelling Compliance shall be filed by the SEC with this Court and served on the Respondents such that they arrive no later than 5:00 p.m. (PST), on     MAY 31 , 2022.

IT IS FURTHER ORDERED that service of this Order to Show Cause, and any papers in opposition to the issuance of an Order Compelling Compliance, or any

1  reply papers, may be accomplished by electronic mail, facsimile, United Parcel
2  Service or personal service.  All such papers must also be emailed on the date of
3  service to Kathryn C. Wanner, counsel for the SEC, at wannerk@sec.gov, and to
4  Respondents or their attorneys of record.

6  Dated:  APRIL 19     , 2022

_____
 OTIS D. WRIGHT, II
U.S. DISTRICT COURT JUDGE